| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | JEROME E. MATTHEWS |
| | Assistant Federal Public Defender |
| 3 | 555-12th Street |
| | Suite 650 |
| 4 | Oakland, CA 94607 |
| | 510-637-3500 |
| 5 | |
| | Counsel for Defendant JOSE VILLA SILVA |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )   No. CR 09-00482 DLJ
                Plaintiff,         )
                                   )   **STIPULATION AND ORDER**
        v.                         )   **RELEASING DEFENDANT TO**
                                   )   **IMMIGRATION CUSTODY**
JOSE VILLA SILVA,                  )
                                   )
                Defendant.         )
_____)

This matter came on for sentencing on August 7, 2009. The Court, pursuant to the parties' plea agreement, sentenced Mr. Villa Silva to time-served. The Office of Immigration and Customs Enforcement has filed a detainer against Mr. Villa Silva.

Good cause appearing therefor, IT IS ORDERED that the U.S. Marshals release Mr. Villa Silva to the custody of the immigration authorities forthwith.

Dated: August 31, 2009

_____
D. LOWELL JENSEN
United States District Judge

STIP/ORDER